## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DOROTHY MURPHY and HEATHER CREAZZO, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs.<br>v.<br><br>LENDERLIVE NETWORK, INC.,<br><br>                    Defendant. | **Case No.:** 13-cv-03135-RBJ-MJW |

## ORDER RE-SETTING FINAL FAIRNESS HEARING DATE
## AND APPROVING AMENDED NOTICES TO WARN CLASS

Pursuant to the Court's Preliminary Approval Order entered on June 2, 2015 [Docket No. 153], the Court set a hearing date of July 6, 2015 for the Final Fairness Hearing. In order to provide the WARN Class Members with adequate time to consider the terms of the WARN settlement, and upon the mutual request of Class Counsel and Defendant's counsel, the Court now resets the Final Fairness Hearing to July 16, 2015 at 9:00 a.m. and approves revisions to the previously approved Notices [Docket Nos. 142-2 and 149-1] so these Notices specifically reference the July 16, 2015 hearing date and the deadline of July 10, 2015 for Class Members to opt-out or provide notice of objection to the proposed settlement.

The remainder of the Court's June 2, 2015 Preliminary Approval Order remains in effect. It is so ORDERED this 8th day of June, 2015.

_____

Judge R. Brooke Jackson
United States District Judge