IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 13-cv-03135-RBJ | Date: July 16, 2015 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| DORTOTHY MURPHY<br>HEATHER CREAZZO, *et. al*<br>**Plaintiffs** | Jack A. Raisner via telephone<br>Michael J. Scimone via telephone |
| v. | |
| LENDERLIVE NETWORK INC<br>**Defendant** | Bronwyn H. Pepple<br>Charles W. Weese III |

## COURTROOM MINUTES

**FAIRNESS HEARING**

Court in Session: 8:57 a.m.

Appearance of counsel.

Discussion held on pending motions.

The Court makes findings of fact, conclusions of law.

**ORDERED:** [156] **Plaintiffs' Motion for Certification of the WARN Settlement Class, Final Approval of the WARN Settlement, and Approval of the FLSA Settlement is MOOT.**

[158] **Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses is MOOT.**

[160] **Plaintiffs' Motion for Approval of Service Awards is MOOT.**

**Plaintiffs' counsel is to submit new proposed orders for approval that separate the FLSA Settlement and WARN Settlement.  FLSA Settlement will enter upon receipt of new form of order and WARN Settlement will enter on August 31, 2015.**

Court in Recess:  9:35 a.m.             Hearing concluded.             Total time in Court:  00:38